■ In the Matter of AMERICAN TRANSIT INSURANCE COMPANY, Petitioner, v JAMES P. CORCORAN, as Superintendent of Insurance of the State of New York, Respondent.—Proceeding pursuant to CPLR article 78 transferred to this court by order of the Supreme Court, New York County (Eve Preminger, J.), entered April 28, 1989, to review a determination of the respondent Superintendent of Insurance of the State of New York, dated December 16, 1988, which found petitioner guilty of willful violations of Insurance Law § 334 and regulation 131 (11 NYCRR part 162) and assessed a penalty of $8,850 against petitioner, unanimously dismissed and the determination confirmed, without costs.

The Superintendent's determination that petitioner's failure to timely file the form 131-A for the years 1981 through 1986 constituted a willful violation of Insurance Law § 334 and regulation 131 (11 NYCRR part 162) is supported by substantial evidence and rationally based.

Petitioner's claim that Insurance Law § 109 imposes a maximum fine of $500 for a single violation and does not authorize respondent to assess a penalty for each day as a separate violation is without merit. Cumulative penalties are allowed when necessary to deter the act complained of when such

penalties are not otherwise violative of the statute. *(Matter of Meyers Bros. Parking Sys. v Sherman,* 87 AD2d 562.) Nor was the penalty imposed shocking to one's sense of fairness particularly in light of the number of violations and the petitioner's lateness. *(Matter of Pell v Board of Educ.,* 34 NY2d 222.) Concur—Kupferman, J. P., Asch, Ellerin and Smith, JJ.